ANNA M. SWEENY, Appellant, *v.* MAY C. WAIT, Respondent.

(Reargued June 5, 1933; decided July 11, 1933.)

(See 261 N. Y. 690; 262 N. Y. 521.)

No opinion.

Concur: POUND, Ch. J., KELLOGG, O'BRIEN and HUBBS, JJ. CRANE, LEHMAN and CROUCH, JJ., dissent and vote to modify the judgment of the Appellate Division by granting a new trial.